UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:19-cv-20402-RNS

BRIAN K. BUCKNER,

    Plaintiff,

v.

ISLAND QUEEN SIGHTSEEING TOURS,
INC., d/b/a ISLAND QUEEN CRUISES
AND TOURS,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF
VOLUNTARY DISMISSAL WITH PREJUDICE**

    Plaintiff, Brian K. Buckner ("Buckner"), by and through his undersigned attorney, pursuant to Federal Rule of Civil Procedure 41(a), hereby voluntarily dismisses <u>with</u> prejudice the claims asserted by him against the Defendant in the above-referenced action. Further, Buckner advises the Court that this case does not involve property that has been seized or is in the custody of the Court, nor have the parties filed a motion for summary judgment. Therefore, dismissal of this action is appropriate under the Federal Rules of Civil Procedure.

    Dated: March 21, 2019.                        Respectfully submitted,

                                                         s/ Michael L. Buckner

                                                         _____
                                                         Michael L. Buckner, Esquire
                                                         Florida Bar No. 106331
                                                         Email: michaelbucknerlaw@gmail.com
                                                         Michael L. Buckner Law Firm, P.A.
                                                         8201 Peters Road, Suite 1000
                                                         Plantation, Florida 33324 USA
                                                         Office: +1-954-315-0190
                                                         Facsimile: +1-954-916-2601

                                                         Attorney for the Plaintiff, Brian K. Buckner

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 21, 2019, I electronically filed the foregoing with the document with the Clerk of the Court using the CM/ECF filing system. I also certify that the foregoing document is being served this date on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                        s/Michael L. Buckner
                                        _____
                                        Michael L. Buckner, Esquire

Elizabeth LaFleur
The Continental Insurance Company
Claim Specialist Commercial Claim Technical Property – U.S. Marine
Post Office Box 8317
Chicago, IL 60680-8317
Email: Elizabeth.LaFleur@cna.com

*Adjuster for Island Queen Sightseeing Tours, Inc.*
*Note: Counsel of record has not appeared in the case.*