United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Brian K. Buckner, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 19-20402-Civ-Scola |
| Island Queen Sightseeing Tours, | ) |
| Inc. d/b/a Island Queen Cruises | ) |
| and Tours, Defendant. | ) |

### Order of Dismissal

The Plaintiff has dismissed this case with prejudice consistent with Federal Rule of Civil Procedure 41(a)(1)(A)(i). (ECF No. 9.) The Court directs the Clerk to **close** this case. All pending motions are denied as moot.

**Done and ordered** at Miami, Florida on March 22, 2019.

_____
Robert N. Scola, Jr.
United States District Judge